ENTERED ON DOCKET

JUL 12 2006

jUNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| GUY O. BATTLE, | § | CASE NO. 04-73190 |
| BATTLE BUILDERS, INC. 58-2509129 | § | CASE NO. 04-73252 |
| BATTLE ENTERPRISES, LLC 58-2371867 | § | CASE NO. 04-73293 |
| BATTLE PAINTING, INC. 58-1759821 | § | CASE NO. 04-73793 |
| BATTLE DRYWALL, INC. 58-2377037 | § | CASE NO. 04-73825 |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED |
| Debtors. | § | |
| | § | JUDGE MASSEY |

## ORDER DIRECTING SUBSTANTIVE
## CONSOLIDATION OF THE ESTATES OF THE DEBTORS

Pursuant to 11 U.S.C. § 302(b) and to Fed. R. Bank. P. 1015(b), S. Gregory Hays, the Chapter 7 Trustee (the "Chapter 7 Trustee") for the bankruptcy estates of the above Debtors, *Guy O. Battle, Battle Builders, Inc., Battle Enterprises, LLC, Battle Painting, Inc. Battle Drywall, Inc.* (collectively, Guy O. Battle, Battle Builders, Inc., Battle Enterprises, LLC, Battle Painting, Inc. and Battle Drywall, Inc. are referred to herein as the "Chapter 7 Debtors"), filed with this Court on May 24, 2006, his Motion for Substantive Consolidation of the Estates of the Debtors (the "Motion") in the above-captioned, administratively consolidated Chapter 7 Proceedings (the "Bankruptcy Cases"). No creditor or party in interest having filed an objection or having appeared at the hearing in opposition to the relief sought in the Motion and upon consideration of the

pleadings and the proffer of evidence by Counsel for the Trustee after Notice to creditors and parties in interest, and a hearing on the Motion, the Court finds that: (1) there is substantial identity between the entities to be consolidated; (2) that sufficient grounds and factual basis exist for the substantive consolidation of the Estates of the Debtors; (3) consolidation is necessary to avoid the costs and dissipation of resources that would be required to separate all assets and liabilities of the Debtors; and (4) consolidation will enable the Trustee and the Estates to realize benefit and reduce the costs and expenses of liquidation of the assets of the Estates of the Debtors. Thus, the Court finds that these and other factors set out by the Eleventh Circuit Court of Appeals in Eastgroup Properties v. Southern Motel Assoc., Ltd., 935 F.2d 245, 249 (11th Cir. 1991) have been met. Therefore, the Motion of the Trustee is hereby **GRANTED**, and it is hereby

**ORDERED AND ADJUDGED** that, pursuant to 11 U.S.C. § 302(b) and Fed. R. Bankr. P. 1015(b), the above captioned Administratively Consolidated Chapter 7 Proceedings shall be substantively consolidated, with reservation of the avoidance and objection powers of the Trustee as set forth in the Motion, and the Bankruptcy Cases shall be treated as one case for all purposes, including, but not limited to: (1) the resolution of claims; (2) distributions to creditors; and (3) distribution to the creditors of the substantively consolidated Estates of the Debtors, and it is hereby

**FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order to substantively consolidate the Bankruptcy Cases as entered herein, for purposes of administering assets and distribution among creditors filing claims, among other

consequences, the following shall occur: (1) all assets and liabilities of the Debtors are deemed merged; (2) any and all cross guarantees and indemnity and contribution rights among the Debtors are deemed eliminated; (3) any claim against any Debtor and any guarantee thereof executed by any other Debtor and any joint or several liability of any of the Debtors are deemed to be one obligation of the consolidated Debtors; (4) each and every claim filed in the separate Bankruptcy Cases of the Debtors is deemed filed against the consolidated Debtors and is deemed one claim against and a single obligation of the substantively consolidated Debtors and (5) any and all inter-company claims from any one debtor to the other are denied any affect as between or among the consolidated debtors . All filings and pleadings as to any of the above affiliated Debtor's shall continue to be made in the bankruptcy case of *Guy O. Battle,* Case no. 04-73190-JEM.

A copy of this Order shall be served by Trustee's Counsel upon those on the attached service list.

At Atlanta, Georgia, this \_\_\_\_ day of July, 2006.

_____
Honorable James E. Massey
United States Bankruptcy Judge

-3-

Presented by:

_____
C. David Butler, Esq.
dbutler@shapirofussell.com
Shapiro Fussell Wedge & Martin, LLP
One Midtown Plaza, Suite 1200
1360 Peachtree Street
Atlanta, GA  30309-3214
    Ph: 404/870-2212
    Fax: 404/870-2222
***ATTORNEY FOR TRUSTEE***
***S. GREGORY HAYS***

10753.001/80

| | | |
|---|---|---|
| Mr. Guy O. Battle<br>625 Austin Creek Drive<br>Sugar Hill, GA 30518 | Battle Builders, Inc.<br>c/o Guy O. Battle<br>625 Austin Creek Drive<br>Sugar Hill, GA 30518 | Battle Enterprises, LLC<br>c/o Guy O. Battle<br>625 Austin Creek Drive<br>Sugar Hill, GA 30518 |
| Battle Painting, Inc.<br>c/o Guy O. Battle<br>625 Austin Creek Drive<br>Sugar Hill, GA 30518 | Kathy K. Puls, Esq.<br>P. O. Box 550<br>Decatur, GA 30031-0550 | Mr. Mark Manley<br>R.A. Rowell Auctions<br>P. O. Box 3428<br>Moultrie, GA 31776 |
| William H. Arroyo, Esq.<br>William H. Arroyo & Associates<br>4228 First Avenue, Ste. 10<br>Tucker, GA 30084 | Allen Boxton, Esq.<br>Law Office of Allen Broxton<br>P. O. Box 430<br>Gainesville, GA 30503 | John A. Thomson, Jr., Esq.<br>Womble Carlyle Sandridge & Rice, PLLC<br>One Atlantic Center, Suite 3500<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |
| Battle Drywall, Inc.<br>c/o Guy O. Battle<br>625 Austin Creek Drive<br>Sugar Hill, GA 30518 | S. Gregory Hays, Trustee<br>Hays Financial Consulting, LLC<br>3343 Peachtree Road N.E., Suite 750<br>Atlanta, GA 30326-1085 | Jeanne Treace<br>United States Trustee<br>362 Richard Russell Building<br>75 Spring Street S.W.<br>Atlanta, GA 30303 |
| BACO Exterminating<br>4197 Rufus Place<br>Atlanta, GA 30340-1611 | Britts<br>3293 Stone Mountain Highway Lower<br>Snellville, GA 30078-6834 | Concrete Surfacing Tech<br>Suite 1<br>3705 Namasco Drive<br>Suwanee, GA 30024-8353 |
| Custom Air Concepts<br>804 Bill Rutledge Road<br>Winder, GA 30680-7863 | Global Home Products<br>3290 Green Pointe Parkway<br>Suite 290<br>Norcross, GA 30092-6643 | Alley-Cassetty Brick<br>P. O. Box 23305<br>Nashville, TN 37302-3305 |
| Lynn L. Carroll, Esq.<br>Seigel & Golder<br>One Premier Plaza<br>5605 Glenridge Drive, Suite 690<br>Atlanta, GA 30342 | William D. Matthews, Esq.<br>Lamberth, Cifelli, Stokes & Stout<br>3343 Peachtree Road, Suite 550<br>Atlanta, GA 30326-1022 | AGCO<br>2782 Simpson Circle<br>Norcross, GA 30071-2819 |
| Allied Readymix<br>P. O. Box 198839<br>Atlanta, GA 30384-8839 | Arrow Lumber & Supply Co.<br>P. O. Box 339<br>Suwanee, GA 30024 | John Allison, CEO<br>BB&T of Georgia<br>2885 Lawrenceville Suwanee Road<br>Swuanee, GA 30024-7265 |
| Builtrite Foundation<br>P. O. Box 490190<br>Lawrenceville, GA 30049-0004 | Consulting Enterprises<br>Suite F<br>1048 Industrial Court<br>Suwanee, GA 30024-8355 | Custom Glass & Doors<br>305 Fairmont Drive<br>Norcross, GA 30071-4213 |
| Grogan's Sani Service, Inc.<br>P. O. Box 1830<br>Cumming, GA 30028-1830 | Williams Bros. Lumber Co.<br>P. O. Box 8<br>Duluth, GA 30096-0008 | Truss Tech<br>4883B Roy Carlson Boulevard<br>Buford, GA 30518-3576 |

**Exhibit "A"**

Thomas J. Martin, CEO
Gwinnett Community Bank
2775 Buford Highway
Duluth, GA 30096-2872

Laurice A. Tatum, CEO
Lanier Community Bank
4356 South Lee Street
Buford, GA 30518

MK Plumbing, Inc.
1355 Union Hill Industrial Court
Alpharetta, GA 30004-5693

South Gwinnett Sand & Gravel
2799 Bay Ridge Drive
Loganville, GA 30052-3706

Taylor Foundation
1195 Samples Industrial Drive
Cumming, GA 30041-6417

Thomas Concrete of GA, Inc.
2500 Cumberland Parkway S.E.
Atlanta, GA 30339-3932

Home Buyers Warranty
1728 Montreal Circle
Tucker, GA 30084-6821

Ledford Smith Electric
P. O. Box 338
Oxford, GA 30054-0338

Randy Carol, CEO
Mountain National Bank
P. O. Box 49
Tucker, GA 30085-0049

Pioneer Concrete Pumping
4790 Wright Drive S.E.
Smyrna, GA 30082-4950

RMC Mid Atlantic
P. O. Box 198839
Atlanta, GA 30384-8839

Outhouse
1565 Davis Avenue
Atlanta, GA 30344-2520

Plymarts, Inc.
Department 80045655
P. O. Box 105775
Atlanta, GA 30348-5774

Scott Youmans
P. O. Box 1141
Dacula, GA 30019-0020

SCI Development
2330 Hewatt Road
Snellville, GA 30039-4023

Small Wood & Sons Plumbing
910 Montpelier Road
Forsyth, GA 31029-8709

Stock Building Supply
P. O. Box 101575
Atlanta, GA 30392-1575

The Wire Nut
220 Spring Court
Oxford, GA 30054-3016

FDS Bank/Stand Alone VISA
P.O. Box 6700
Norcross, GA 30091

RBC Centura Bank
c/o Beth E. Rogers, Esq.
3343 Peachtree St., N.E.
Atlanta, GA 30309

American Express
P.O. Box 3001
Malvern, PA 19355

Branch Banking & Trust Co.
c/o John A. Thomson, Jr.
1201 W. Peachtree St.
Atlanta, GA 30309

Citibank (South Dakota) N.A.
P.O. Box 6305
The Lakes, NY 88901

Discover Financial Services
P.O. Box 8003
Hilliard, OH 43026

Duron Paints
1415 Constitution Rd.
Atlanta, GA 43026

Maverick Materials, Inc.
c/o Rachelson & White
5555 Glenridge Connector
G.H. One , Ste. 425
Atlanta, GA 30342

Keybank National Association
P.O. Box 94969
Cleveland, OH 44101

State of Georgia
Department of Revenue
P.O. Box 161108
Atlanta, GA 30321

Arrow Lumber Supply Co.
c/o J. Ed Segraves
1000 Commerce Dr.
Decatur, GA 30030

BB&T (Branch Bank & Trust)
P.O. Box 1847
Wilson, NC 27894

| | | |
|---|---|---|
| Riverside Bank<br>555 Chastain Rd.<br>Kennesaw, GA 30144 | Ply-Marts, Inc.<br>c/o Todd E. Hatcher<br>One Alliance Center, 4th Floor<br>3500 Lenox Rd.<br>Atlanta, GA 30326 | Builtrite Foundation<br>P.O. Box 490190<br>Lawrenceville, GA 30049 |
| CIT Group/Equipment Financing, Inc.<br>c/o Byron C. Starcher<br>999 Peachtree St., Ste. 1400<br>Atlanta, GA 30309 | GPK Flooring<br>3180 Windfield Circle<br>Tucker, GA 30084 | Key Bank USA, N.A.<br>P.O. Box 94620<br>Cleveland, OH 44101 |
| Peoples Bank<br>1899 Buford Highway<br>Buford, GA 30518 | Pioneer Concrete Pumping<br>4790 Wright Dr., S.E.<br>Smyrna, GA 30082 | Quantum National Bank<br>c/o Siegal & Golder, P.C.<br>5605 Glenridge Dr.<br>One Premier Plaza, Ste. 690<br>Atlanta, GA 30342 |
| Riverside Bank<br>1200 Johnson Ferry Road<br>Marietta, GA 30068 | Thomas Concrete of Georgia, Inc.<br>c/o William L. Kidd<br>3883 Rogers Bridge Rd., Bldg. 100<br>Duluth, GA 30097 | Wachovia Bank, N.A.<br>P.O. Box 2248<br>Jacksonville, FL 32203 |
| Williams Bros. Lumber Co.<br>P.O. Box 3789<br>55 Satellite Blvd.<br>Suwanee, GA 30024 | Robert B. Silliman, Esq.<br>Awtrey & Parker<br>250 Lawrence Street<br>P.O. Box 997<br>Marietta, GA 30062 | Ira Rachelson, Esq.<br>Rachelson & White<br>Three Ravinia Dr., Ste. 450<br>Atlanta, GA 30346 |
| David V. Levy, Esq.<br>Levy & Zeewy, LLC<br>1862 Independence Sq., Ste. D<br>Atlanta, GA 30338 | W. Wright Banks, Jr.<br>Office of the Atty. General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | |